UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-399-D1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| DEREK ALLAN CAREY | |

On motion of the Defendant, Derek Allan Carey, and for good cause shown, it is hereby ORDERED that DE 33 be sealed until further notice by this Court.

IT IS SO ORDERED.

This  11  day of July, 2022.

JAMES C. DEVER III
United States District Judge